1030

KING'S CRANE SERVICE, INC., *Respondent*, v. CLATERBOS,
INC., ET AL, *Appellants*.

BARBARA NEVES, *Individually and as Personal
Representative, Appellant*, v. THE DEPART-
MENT OF TRANSPORTATION, ET AL,
*Respondents*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 40064, David R. Draper, J., entered January
27, 1989. *Affirmed* by unpublished opinion per Reed, J. Pro
Tem., concurred in by Worswick, C.J., and Petrich, J.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD
BEAVER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 87–1–00737–5, Robert L. Harris, J., entered
May 8, 1989. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Petrich, A.C.J., and Morgan,
J.

EMPIRE DISPOSAL, INC., *Respondent*, v. THE BOARD
OF COUNTY COMMISSIONERS, ET AL,
*Appellants*.

Appeal from a judgment of the Superior Court for Whit-
man County, No. 87–2–00028–0, Wallis W. Friel, J., entered
January 25, 1990. *Reversed* by unpublished per curiam
opinion.